ACCEPTED
01-14-00239-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 9:45:52 AM
CHRISTOPHER PRINI
CLERK

No. 01-14-00239-CV

IN THE COURT OF APPEALS
1ST DISTRICT COURT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/29/2015 9:45:52 AM
CHRISTOPHER A. PRINE
Clerk

CHI VAN NGUYEN d/b/a FIRST SIGN PRODUCTION
Appellant

V.

ANNIE BUI d/b/a HYLAI TAILOR
Appellee

_____

NOTICE

_____

Appellee, Annie Bui d/b/a Hylai Tailor, files this her notice that Michael P. Fleming & Associates, P.C. is not associated and does not represent Appellee in this matter. To the extent that Michael P. Fleming and Associates is listed in any of the trial court pleadings, this was inadvertent and filed mistakenly.

Likewise, Appellee could not afford the legal fees associated with responding to Appellant's appeal and chose to stand on the record and evidence that was presented to the trial court relating to liability and damages.

Respectfully Submitted:

**Scott Nguyen**
**State Bar No. 24063309**
9801 Westheimer Rd., Suite 302
Houston, Texas 77042
Telephone: (832) 971-8767

Telecopier:  (281) 605-4373

**ATTORNEY FOR PLAINTIFF,**
**ANNIE BUI D/B/A HYLAI**
**TAILOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Texas Rules of Civil Procedure on all counsel of record by placing same in the United States mail, certified mail, return receipt requested, by hand delivery or by telecopier on **January 29, 2015.**

_____

**SCOTT NGUYEN**